## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**PATRICIA ELWOOD,**

               **Plaintiff,**

**-vs-**                                            **Case No.  6:11-cv-28-Orl-28GJK**

**AT&T CORP.,**

               **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **JOINT MOTION FOR (1) LEAVE FOR PLAINTIFF TO FILE HER FIRST AMENDED COMPLAINT; (2) DISMISSING DEFENDANT AT&T CORP.; AND (3) ADDING BELLSOUTH TELECOMMUNICATIONS, INC. AS THE SOLE DEFENDANT (Doc. No. 12)** |
| **FILED:** | **March 4, 2011** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

The parties state that they have reached an agreement that AT&T Corp. is not the proper defendant in this case (the "Motion"). Doc. No. 12. The parties also agree that BellSouth Telecommunications, Inc. is the proper party defendant. *Id.*[1] Accordingly, the parties request that the

_____

[1] Counsel for AT&T Corp. also represents BellSouth Telecommunications, Inc. Doc. No. 12 at ¶ 3.

Court enter an order: 1) dismissing AT&T Corp. as a defendant; 2) allowing Patricia Elwood to file an amended complaint; and 3) providing BellSouth Telecommunications, Inc. with ten (10) days to file a response to the amended complaint.  Doc. No. 12 at 2.

Based on the foregoing, it is **RECOMMENDED** that the Court:

1.      GRANT the Motion (Doc. No. 12);

2.      Dismiss AT&T Corp. as a defendant; and

3.      Provide Patricia Elwood with fourteen (14) days to file an amended complaint.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.  **If the parties have no objection to this report and recommendation, they may promptly file a joint notice of no objection.**

Recommended in Orlando, Florida on May 5, 2011.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy