**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PATRICIA ELWOOD,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:11-cv-28-Orl-28GJK**

**AT&T CORP.,**

        **Defendant.**
_____

# ORDER

This case is before the Court on the Joint Motion for (1) Leave for Plaintiff to File her First Amended Complaint; (2) Dismissing Defendant AT&T Corp.; and (3) Adding BellSouth Telecommunications, Inc. as the Sole Defendant (Doc. No. 12) filed March 4, 2011. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and consideration of the Joint Notice of Consent and Approval of Magistrate Judge Kelly's Report and Recommendation filed by the parties (Doc. 16), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 6, 2011 (Doc. No. 15) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. The Joint Motion for (1) Leave for Plaintiff to File her First Amended Complaint; (2) Dismissing Defendant AT&T Corp.; and (3) Adding BellSouth Telecommunications, Inc. as the Sole Defendant (Doc. No. 12) is **GRANTED**.

  3. Defendant AT&T Corp. is dismissed.

  4. Plaintiff may file an amended complaint within fourteen (14) days from the date of this Order.

  **DONE** and **ORDERED** in Chambers, Orlando, Florida this __20th__ day of May, 2011.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

JOHN ANTOON II
United States District Judge